UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ONTARIO SAMUELS<br>    LA. DOC # 343508<br>VS. | CIVIL ACTION NO. 5:15-cv-2576<br><br>SECTION P<br><br>JUDGE S. MAURICE HICKS, JR. |
| VICTOR E. JONES, JR. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* (28 U.S.C. § 2254) be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available State court remedies prior to filing suit.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this _____ day of ___June___, 2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE